No. 12–7702. JEANLOUIS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–7704. RUFFIN *v.* HOUSTON INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7705. NORINGTON *v.* LEVENHAGEN, SUPERINTENDENT, WESTVILLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 12–7709. DOBBS *v.* CREWS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7712. ARENCIO MAURICIO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–7714. WILKINSON *v.* MCLAUGHLIN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 12–7718. WOODS *v.* STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–7719. WILLIAMS *v.* THURMER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–7727. VOTH *v.* STANTON, SHERIFF, MULTNOMAH COUNTY, OREGON. Ct. App. Ore. Certiorari denied.

No. 12–7728. WRIGHT *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 12–7729. WILLIAMS *v.* WENEROWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–7731. COOPER *v.* SEXTON, WARDEN. Ct. Crim. App. Tenn. Certiorari denied.

No. 12–7733. MCMILLAN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–7735. SEALE *v.* HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.